UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| Chrisnel Merard<br><br>Plaintiff,<br><br>v.<br><br>Pyramid Portland Management LLC<br><br>Defendant. | CIVIL ACTION NO.<br><br><br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff, Chrisnel Merard, alleges:

1. This action is brought on behalf of the plaintiff Chrisnel Merard to enforce the provisions of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq. ("Title VII").

## JURISDICTION AND VENUE

2. This Court has jurisdiction of the action under 42 U.S.C. § 2000e-5(f) and 28 U.S.C. § 1345. Venue is proper in this judicial district under 42 U.S.C. § 2000e-5(f)(3) and 28 U.S.C. § 1391 (b) because it is where a substantial part of the events or omissions giving rise to the cause of action herein occurred.

3. Defendant Pyramid Portland Management LLC Is a resort and hotel management company.

1

4. Pyramid Portland Management LLC is a "person" within the meaning of 42 U.S.C. § 2000e(a) and an "employer" within the meaning of 42 U.S.C. § 2000e(b).

5. The Equal Employment Opportunity Commission ("EEOC") received a timely charge (EEOC Charge No. 16B-2020-00496 filed by Chrisnel Merard. In his charge, Merard alleged, inter alia, that he had been discriminated against and harassed based on national origin (Black/African American) by his supervisors and coworkers and that he was retaliated against because he engaged in activity protected under Title VII. Mr. Merard also alleged that similarly-situated employees also were discriminated against and harassed based on national origin. Pursuant to Section 706 of Title VII, the EEOC investigated the charge, found reasonable cause to believe that Merard was discriminated against and harassed based on national origin, and that Merard was subjected to retaliation in violation of Title VII.

6. The EEOC attempted unsuccessfully to achieve through conciliation a voluntary resolution of the charge on October 5 2020, and subsequently issued Mr Merard a notice of right to sue .

7. All conditions precedent to the filing of suit have been performed or have occurred.

## FACTUAL ALLEGATIONS

8. Merard was hired by Pyramid Portland Management LLC as an engineering technician on July 23 2018

9. While employed as a full-time engineering technician, Merard was directly supervised by chief engineer Steve Fennell, who reported to the general manager Jeff Lidinsky.

10. From at least July 2018 to December 2018, Mr Merard was frequently accused of stealing money out of the guest rooms, Merard was discriminated against and harassed based on national origin by coworkers and managers. The discrimination and harassment was regular and routine, and often occurred several times a week. Mr Merard would like video tapes of Money being stolen out of rooms when this case reaches the discovery stage.

11. From at least July 23 2018 to at least December 12 2020, similarly-situated current and Former Pyramid Portland Management LLC employees were also discriminated against and harassed based on national origin by Managers and supervisors. The discrimination and harassment was regular and routine, and often occurred several times a week.

12. From at least July 2018 to January 2020, Merard was referred to by coworkers and management as a "thief, "criminal" and the "N" word. "Nigger"

13. Derogatory and offensive comments continued against Mr Merard until his departure from Pyramid Portland Management LLC on February of 2020. For example, in July 2018 when he got hired, a worker stated, "great, there are more haitian refugees working here [Pyramid Portland Management LLC] now. "Now we got a shit load of dumb blacks working here now."

14. Some other specific examples of the discrimination and harassment against Merard include the following approximately August 2018, a coworker/ Chief engineer Fennell stated to Merard, "you are making noise upstairs, it sounded like a Haitian earthquake", he was implying to a major earthquake that devastated the island nation of Haiti in 2010."this statement was

3

15. Some other specific examples of the discrimination and harassment against similarly-situated employees include the following: (a) In October of 2018, a coworker and manager said "great the Haitian theif is here we need to hide our belongings (e) During the relevant time period, a supervisor was present and laughed when a coworker stated "he is so loud upstairs it sounds like an earthquake from haiti ."

16. During the relevant time period, Merard also was subjected to harassing conduct that resulted in mental, emotional, harm to Merard. For example, in August of 2018 during the relevant time period, Merard also suffered greatly because he was suspended for two weeks starting on January 1 2019, he was not sure if he would be able to pay his rent on time, the emotional toll that it took on him was great, also rumors being spread in the building that Chrisnel steals, this made him very unhappy and unable to work properly.

17. During the relevant time period, Merard and similarly-situated employees also were

## Hostile Work Environment Based on National Origin
## Against Merard

22. Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1-21, above.

23. Merard was discriminated against and harassed based on national origin by managers, supervisors and coworkers.

24. The discriminatory statements about his country Haiti, conduct was unwelcomed, sufficiently severe or pervasive, detrimentally affecting Merard, were viewed as subjectively hostile and abusive by Merard and similarly-situated employees, and would be viewed as objectively hostile and abusive to a reasonable person.

25. Merard's complained numerous times to Pyramid Portland Management LLC supervisors about the discrimination and harassment, and Pyramid Portland Management LLC human resource department had actual or constructive knowledge of the ongoing discrimination and harassment.

26. Pyramid Portland Management LLC failed to take prompt and appropriate remedial action to prevent or correct further discrimination and harassment of Merard

27. Pyramid Portland Management LLC discriminated against Merard on the basis of national origin in violation of Section 703(a) of Title VII, 42 U.S.C. § 2000e-2(a).

## COUNT II
## Title VII. 42 U.S.C. § 2000e-3(a)
## Retaliation Against Merard for Engaging in Protected Activity

6

28. Plaintiff re-alleges and incorporates by reference the allegations set forth in paragraphs 1-27, above.

29. Merard engaged in protected activity when he complained about discrimination and harassment based on national origin.

30. In retaliation for Merard's complaints, Pyramid Portland Management LLC disciplined him by suspending him and accusing him of stealing money in guest rooms

31. There was a causal connection between Merard's complaints and the materially adverse actions taken against Merard by Pyramid Portland Management LLC.

32. The retaliation endured by Merard would dissuade a reasonable employee from making complaints of discrimination and harassment.

33. Pyramid Portland Management LLC retaliated against Merard for engaging in protected activity in violation of Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a).

## PRAYER FOR RELIEF

WHEREFORE, plaintiff Chrisnel Merard prays that the Court grant the following relief:
(a) Enjoin Defendant from Pyramid Portland Management LLC

    (i) subjecting employees to discrimination and harassment based on national origin; and

    (ii) retaliating against employees who engage in activity protected under Title VII;

(b)     Order Defendant Pyramid Portland Management LLC to develop and implement appropriate and effective measures designed to prevent discrimination, harassment, and retaliation,

including but not limited to policies and training for employees and managers;

(c)     Order Pyramid Portland Management LLC to develop appropriate and effective measures to receive complaints of discrimination, harassment, and retaliation as well as a process for investigating such complaints;

(d)     Award compensatory damages to Merard and to fully compensate him for his injuries caused by Defendant Pyramid Portland Management LLC discriminatory, harassing, and retaliatory conduct, pursuant to and within the statutory limitations of Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981 a; and

(e)     Award such additional relief as justice may require

## JURY DEMAND

The plaintiff Chrisnel Merard hereby demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981 (a).

Dated: 11/24/2020

Respectfully Submitted

By, *[signature]*

Chisnel Merard    (pro se)

247 Bates Street

Lewiston, ME O4240

(617) 706-6239