UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CHRISNEL MERARD | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:20-cv-00442-JAW |
| | ) | |
| PYRAMID PORTLAND | ) | |
| MANAGEMENT LLC | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 7) filed December 29, 2020, the Court affirms the Recommended Decision.

Accordingly, the Court ORDERS that that the case may proceed and enlarges the deadline for service of the Complaint to 90 days from the date of this Order.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 13th day of January, 2021